IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:20-cv-3562-K (BT) |
| | § | |
| DIRECTOR, TDCJ-CID, et al, | § | |
| Respondents. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed January 22nd, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE